# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| **Plaintiff,** | ) | 8:13CR220 |
| vs. | ) | ORDER |
| **LANCE M. WOLFE,** | ) | |
| **Defendant.** | ) | |

This matter is before the court on the motion of defendant Lance M. Wolfe (Wolfe) for release from detention pending sentencing (Filing No. 94). A bench warrant for Wolfe remains outstanding in Adams County, Nebraska. Accordingly, the motion for release is denied.

**IT IS SO ORDERED.**

DATED this 20th day of December, 2013.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge